IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND R. LENHART, JR. and SUSAN LENHART, h/w | : CIVIL ACTION: 2:10-CV-02575 |
| v | : |
| OCEAN SPRAY CRANBERRIES, INC., K. TRUCKING & SON, INC., RYDER TRUCK RENTAL, INC., CLIFFSTAR CORPORATION, ABOVE & BEYOND COURIER, K&A CARRIER SERVICE UTILITY TRAILER MANUFACTURING CO. and PAYLESS FREIGHT, INC. | : JURY TRIAL DEMANDED |

## ORDER

AND NOW, this __15th__ day of __July__, 2010, it is hereby **ORDERED** that pursuant to F.R.C.P. 42(a) the above-pending matter, docket 2:10-CV-02575, is hereby consolidated with docket number 2:10-CV-01569, for all purposes; and it is

**FURTHER ORDERED** that parties which have previously filed Answers to plaintiffs' Amended Complaint under docket number 2:10-CV-01569 need not file Answers to plaintiffs' Complaint filed under docket number 2:10-CV-02575.

BY THE COURT

/s/ Harvey Bartle III
The Honorable Judge Harvey Bartle III
Chief Judge
United States District Court
Eastern District of Pennsylvania