IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND R. LENHART, JR., et al. | : | CIVIL ACTION |
| v. | : | |
| OCEAN SPRAY CRANBERRIES, INC., et al. | : | NO. 10-1569 |
| RAYMOND R. LENHART, JR., et al. | : | CIVIL ACTION |
| v. | : | |
| K TRUCKING & SON, INC., et al. | : | NO. 10-2575 |

ORDER

AND NOW, this 27th of October, 2010, it is hereby ORDERED that:

(1) the motion of plaintiffs for alternative service is GRANTED; and

(2) the court authorizes services of process to be served on defendants Payless Freight, Inc. and K&A Carrier Service by regular first class mail, by certified mail return receipt requested, and by posting a copy of the summons and Amended Complaint on the defendants' last known addresses of 470 Klein Road, Williamsville, NY.

BY THE COURT:

/s/ Harvey Bartle III
C.J.